UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HOA QUANG HA,

        Petitioner,

   v.

JOHN DOE,

        Respondent.

Case No. 14-cv-00224-WHO (PR)

**ORDER OF DISMISSAL**

Petitioner Ha has failed to comply with the Court's order to (1) file a petition using the Court's form; and (2) file a complete application to proceed *in forma pauperis* ("IFP"), or pay the full filing fee of $5.00.  Accordingly, the action is DISMISSED without prejudice for failing to respond to the Court's order, and for failure to prosecute, *see* Fed. R. Civ. P. 41(b).  Because this dismissal is without prejudice, petitioner may move to reopen the action.  Any such motion **must** contain (1) a petition on the Court's form; **and** (2) a complete IFP application, or full payment for the filing fee of $5.00.  The Clerk shall enter judgment in favor of respondent, and close the file.

**IT IS SO ORDERED.**

**Dated:** March 3, 2014

_____
WILLIAM H. ORRICK
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MALIK JONES,

        Plaintiff,

v.

D BRIGHT et al,

        Defendant.

Case Number: CV11-06313 WHO

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 3, 2014, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person hereinafter listed, by depositing said envelope in the U.S. Mail.

Malik Jones
14050 Cherry Avenue, #R104
Fontana, CA 92337

Dated: March 3, 2014

Richard W. Wieking, Clerk
By: Jean Davis, Deputy Clerk